

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00151-CR

———————————————

Ex parte Russell Jay Reger

On Appeal from Criminal District Court No. 3
Tarrant County, Texas
Trial Court No. 0579930D

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

# MEMORANDUM OPINION

Appellant Russell Jay Reger, proceeding pro se, attempts to appeal the trial court's alleged ruling on his "Pretrial Petition for a Writ of Habeas Corpus [Mandamus] to Reinstate Paid Pretrial Bail Bond Release and to Schedule a Speedy Trial."[1] *See* Tex. R. App. P. 25.2(c). However, the trial court has not signed an order denying his requested relief.

We notified Reger by letter of our concern that we lack jurisdiction over the appeal because the trial court clerk had informed this court that the trial court had not signed an order denying Reger's request for relief. *See State v. Wachtendforf*, 475 S.W.3d 895, 903 (Tex. Crim. App. 2015) (citing two prior Court of Criminal Appeals cases that "plainly and consistently identify the signing of the order as the event that commences the timetable for filing [a] notice of appeal"). In the letter, we also stated that unless Reger or any party desiring to continue the appeal filed with this court on or before Thursday, May 29, 2025, a response showing grounds for continuing the appeal, the appeal may be dismissed. *See* Tex. R. App. P. 43.2(f); 44.3. Reger filed a response, but the response does not show grounds for continuing the appeal.

---

[1]Reger previously attempted to appeal the trial court's denial of his "Pretrial Writ of Habeas Corpus for Readmission to Pretrial Bail Bond Release and a Speedy Trial," but we dismissed the appeal for want of jurisdiction. *See Ex parte Reger*, No. 02-21-00050-CR, 2021 WL 2586618 (Tex. App.—Fort Worth June 24, 2021, no pet.) (mem. op., not designated for publication).

Because there does not appear to be any written, signed order from which to appeal, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 26.2(a), 43.2(f).

/s/ Brian Walker

Brian Walker
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  June 26, 2025